UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUZE JOSEPH,

                Plaintiff,

  -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
09-CV- 4208 (CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 30, 2011, granting the Defendant's motion for judgment on the pleadings; affirming Administrative Law Judge Nisnewitz's decision; and denying Plaintiff's cross-motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that the Defendant's motion for judgment on the pleadings is granted; that Administrative Law Judge Nisnewitz's decision is affirmed; and that Plaintiff's cross-motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
       October 20, 2011

                                                                             s/DCP

                                                            DOUGLAS C. PALMER
                                                            Clerk of Court