```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUZE JOSEPH,                                                        JUDGMENT
                                                                    09-CV- 4208 (CBA)
                    Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 30, 2011, granting the Defendant's motion for judgment on the pleadings; affirming Administrative Law Judge Nisnewitz's decision; and denying Plaintiff's cross-motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that the Defendant's motion for judgment on the pleadings is granted; that Administrative Law Judge Nisnewitz's decision is affirmed; and that Plaintiff's cross-motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York  
      October 20, 2011

s/DCP

DOUGLAS C. PALMER  
Clerk of Court